IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:06-CR-00005-F-1
No. 2:16-CV-00051-F

| | |
|---|---|
| LIONEL HAYWOOD JORDAN, JR., | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the court on Lion Haywood Jordan's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-51, 56]. Having examined Jordan's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion, within **forty (40)** days of the filing of this order.

Jordan asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Office of the Federal Public Defender was appointed to represent Jordan, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), but has moved to withdraw.

SO ORDERED.

This 21 day of July, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE